RECEIPT # _____
AMOUNT $ 250
SUMMONS ISSUED  yes
LOCAL RULE 4.1 ___/___
WAIVER FORM ___/___
MCF ISSUED ___/___
BY DPTY. CLK. ___ToM___
DATE 6/16/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SHALIT, D/B/A DOCMENDER<br>Plaintiff<br>v.<br>M/Y *OUT OF THE BLUE*, O.N. 639738 (f.k.a. *Roamin Wrangler*), her engines, tackle, machinery, appurtenances, apparel, etc., *in rem*, and ROBERT E. CHAVEZ, , *in personam*,<br>Defendants | CIVIL ACTION NO.<br>*EX PARTE CONSIDERATION REQUESTED*<br><br>*EXPEDITED HANDLING AND/OR HEARING REQUESTED*<br><br>**05  11254 WGY** |

**Statement of Special Circumstances:**

This complaint seeks **maritime arrest of a vessel** pursuant to Rule C of the Admiralty Rules supplemental to the Federal Rules of Civil Procedure. The defendant vessel is capable of being launched and removed from the jurisdiction of this Court. Handling in the ordinary course of the business of the Court could introduce sufficient delay as to allow the defendant vessel to escape the jurisdiction of the Court, potentially depriving the plaintiff of a remedy. For these reasons, plaintiff accompanies this complaint with a motion for holding the case **under seal** until the arrest is accomplished. Plaintiff requests *Ex Parte Consideration* and *Expedited Handling And/Or Hearing*, and respectfully submits that his request is warranted and ought to be granted.

**VERIFIED COMPLAINT IN ADMIRALTY**

The plaintiff, William Shalit, d/b/a DocMender ("Shalit" or the "Plaintiff"), files this Complaint against the *M/Y Out of the Blue* (Official Number 639738; f.k.a. *Roamin Wrangler*), together with her engines, masts, rigging, tackle, machinery, appurtenances and apparel, accessories and additions, improvements and replacements now or hereafter belonging thereto, whether or not removed therefrom (all of which shall be deemed to be included in the term "Vessel," or "defendant vessel or "*Out of the Blue*"), *in rem*, to foreclose his maritime lien for the providing of necessaries, for breach of maritime contract, and for unjust enrichment, and likewise against Robert E. Chavez ("Chavez") *in personam*:

1. Plaintiff William Shalit is a sole proprietor, doing business under the name and style "DocMender." He is a citizen and resident of Massachusetts, with a principal place of business in Quincy, Massachusetts.

2. The defendant vessel *Out of the Blue* is a 36 ft. Chris-Craft recreational vessel of U. S. nationality, bearing Official Number 639738 and Hull Identification No. CCF09165M79F-360. On information and belief, the *Out of the Blue* has been known at one or more times in the past under the name *Roamin' Rambler*. As used herein, the name *Out of the Blue*, or the phrase "Defendant Vessel," or "the Vessel," is meant to include not only the vessel herself, but also all of her engines, masts, rigging, tackle, machinery, appurtenances and apparel, accessories and additions, improvements and replacements now or hereafter belonging thereto, whether or not removed therefrom, against all of which plaintiff asserts his maritime lien rights.

3. The Defendant, Robert E. Chavez is, on information and belief a resident of Massachusetts with a principal place of business in Massachusetts, and the owner or operator of the *Out of the Blue*.

4. Jurisdiction is founded, *inter alia*, upon 28 U.S.C. §1333 and upon 46 U.S.C §31342. This is an admiralty and maritime claim within the meaning of Rule 9(h) Federal Rules of Civil Procedure. The *Out of the Blue* is in currently on shore in Quincy, Massachusetts, within this District and the jurisdiction of this Honorable Court.

**Events**

5. During the summer of 2003, plaintiff Shalit's DocMender business was asked to provide and did provide goods and services to the defendant vessel. The work included replacement of windows, cleaning other windows, installing carpets, and fabricating and installing certain fabric covers for various parts of the vessel, and fabricating and installing curtains and carpets.

6.  During the course of the work, Chavez personally appeared at the DocMender shop and commented quite favorably about the work that DocMender had done to date. He instructed DocMender to clean and re-lay the carpet following the completion of machinery work. He also asked DocMender to fabricate a new top cover for his boat.

7.  The principal amount invoiced for DocMender's work, before application of interest, is $9,182.94. The invoice plainly stated that amounts unpaid over 31 days would accrue interest at 19% per annum.

8.  Despite presentation of invoices and demand, Chavez has made no payment for the work. The entire principal balance remains unpaid at this time, and continues to accrue interest at the rate of 19% per annum since the invoice date of September 12, 2003.

9.  Seabreeze Boat Repair performed engine, generator, and trailer repair services on the *Out of the Blue*, with a value of $6,000. The entire amount of this balance remains outstanding.

10. Plaintiff Shalit is the assignee of the accounts receivable of Seabreeze, and is entitled to recover for this work.

11. All conditions precedent to the instituting of this action have been satisfied.

**Count I**
(To Foreclose a Maritime Lien For Necessaries Against M.V. *Out of the Blue, in rem*)

12. Plaintiff repeats and realleges the averments of the foregoing paragraphs as if set forth here at full length.

13. The goods and services aforesaid constitute necessaries as to the operation of the *Out of the Blue*.

14. Shalit is entitled to compensation for the necessaries provided to *Out of the Blue*, as aforesaid.

15. By reason of the foregoing, plaintiff is entitled and authorized to exercise against the defendant Vessel all the rights and remedies conferred upon it by the provisions of 46 U.S.C. §§ 31301-31343, and is entitled to judgment in the principal amount of $15,182.94, plus interest, costs, etc., against the *Out of the Blue, in rem*.

### Count II
(For Breach of Maritime Contract Against M.V. *Out of the Blue, in rem*, and against Robert E. Chavez, *in personam*)

16. Plaintiff repeats and realleges the averments of the foregoing paragraphs as if set forth here at full length.

17. The services aforesaid were provided to the *Out of the Blue* pursuant to one or more maritime contracts, under which the Shalit is entitled to be paid.

18. Chavez has not paid the amounts due under the contracts in question.

19. The balances for all services rendered to the defendant vessel remain outstanding, and the *Out of the Blue* is liable therefor *in rem*.

20. By reason of the foregoing, plaintiff is entitled and authorized to exercise against the defendant Vessel all the rights and remedies conferred upon it by the provisions of 46 U.S.C. §§ 31301-31343, and is entitled to judgment in the principal amount of $15,182.94, plus interest, costs, etc., against the *Out of the Blue, in rem.* and against Robert E. Chavez, *in personam*.

### Count III
(Unjust Enrichment Against Chavez)

21. Plaintiff repeats and realleges the averments of the foregoing paragraphs as if set forth here at full length.

22. Plaintiff and plaintiff's assignee correctly and diligently provided to the *Out of the Blue* the goods and services aforesaid.

23. Chavez has received and retained the benefit of the aforesaid work with a fair and reasonable value of $15,182.94.

24. For Chavez to escape the obligation to make payment to plaintiff would constitute unjust enrichment.

25. Chavez is accordingly liable to Shalit in *quantum meruit* for the principal sum of no less than $15,182.94, before accounting for interest.

26. By reason of the foregoing, plaintiff is entitled and authorized to recover against Robert E. Chavez, *in personam*. the principal amount of $15,182.94, plus interest, costs, etc.

WHEREFORE the Plaintiff prays for orders as described below and demand judgment in their favor as follows:

(a) That a warrant issue for the arrest of the vessel *Out of the Blue*, its engines, machinery, equipment, etc., with notice, if necessary, under Rule C(4) of the Admiralty Rules, citing all persons claiming an interest therein to appear and answer this Complaint, and that appropriate orders issue for the carrying out of the steps necessary under the Admiralty Rules for the arrest, relocation, keeping, advertising, auction, and disposition of the Vessel;

(b) That the rights of the Plaintiff be declared a valid and subsisting maritime lien on the vessel *Out of the Blue*, her engines, machinery, equipment, etc., prior and superior to the interests, liens and claims of all others whatsoever;

(c) That the vessel *Out of the Blue*, her engines, machinery, equipment, etc., be condemned and sold by order of this Honorable Court and the plaintiff be paid forthwith from the proceeds of such sale;

(d) That it be decreed that any and all persons, firms, or corporations claiming any interest in the vessel *Out of the Blue* arising prior to its sale by this Court are thereafter forever barred and foreclosed from all right, including any equity of redemption claim, in or to the vessel *Out of the Blue*, and every part thereof, or any proceeds from the sale of said vessel by reason of any such interest;

(f) That this Court shall direct the manner in which actual notice of the commencement of this suit shall be given by Plaintiff to the master, other ranking officer or caretaker of said defendant Vessel, and to any persons, firms or corporations having any interest therein;

(g) That judgment *in rem* enter in favor of the Plaintiff against the defendant Vessel (and/or the proceeds of her sale) in an amount no less than $15,182.94, TOGETHER WITH interest, costs of collection and suit, costs of arrest and keeping the Vessel (including without limitation all fees paid to the USMS), or in such amount as may later be made to appear at trial or hearing;

(h) That judgment enter in favor of the Plaintiff against the defendant Chavez *in personam* in an amount no less than $15,182.94, and in such further amount as to make Shalit whole for his actual damages and losses, TOGETHER WITH interest, costs of collection and suit, or in such other amount as may later be made to appear at trial or hearing;

(i) That the Plaintiff may have such other and further relief as the justice of his cause may require.

Dated: June 16, 2005

WILLIAM SHALIT D/B/A DOCMENDER
By his attorneys,

*Michael Rauworth*

Michael J. Rauworth, BBO# 547711
**CETRULO & CAPONE LLP**
World Trade Center East
Two Seaport Lane — 10th Floor
Boston, Massachusetts 02210
Tel: (617) 217-5500; fax: 617-217-5200

**VERIFYING DECLARATION**

William Shalit gives the following declaration pursuant to 28 U.S.C §1746:

1. I am the plaintiff named herein, and the operator of a business trading under the name DocMender. I am familiar with the work performed by DocMender and the records my business relating to this matter. I have read the allegations of the foregoing complaint, and state that they are true and correct. The basis of my statement is my personal knowledge of the events alleged and/or review of business records.

William Shalit

(g)   That judgment *in rem* enter in favor of the Plaintiff against the defendant Vessel (and/or the proceeds of her sale) in an amount no less than $15,182.94, TOGETHER WITH interest, costs of collection and suit, costs of arrest and keeping the Vessel (including without limitation all fees paid to the USMS), or in such amount as may later be made to appear at trial or hearing;

(h)   That judgment enter in favor of the Plaintiff against the defendant Chavez *in personam* in an amount no less than $15,182.94, and in such further amount as to make Shalit whole for his actual damages and losses, TOGETHER WITH interest, costs of collection and suit, or in such other amount as may later be made to appear at trial or hearing;

(i)   That the Plaintiff may have such other and further relief as the justice of his cause may require.

Dated: June 16, 2005

WILLIAM SHALIT D/B/A DOCMENDER
By his attorneys,

*Michael Rauworth*

Michael J. Rauworth, BBO# 547711
CETRULO & CAPONE LLP
World Trade Center East
Two Seaport Lane — 10th Floor
Boston, Massachusetts 02210
Tel: (617) 217-5500; fax: 617-217-5200

**VERIFYING DECLARATION**

William Shalit gives the following declaration pursuant to 28 U.S.C §1746:

1. I am the plaintiff named herein, and the operator of a business trading under the name DocMender. I am familiar with the work performed by DocMender and the records my business relating to this matter. I have read the allegations of the foregoing complaint, and state that they are true and correct. The basis of my statement is my personal knowledge of the events alleged and/or review of business records.

William Shalit

6

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
William Shalit, D/B/A DocMender
260 Victory Rd., No. Quincy, MA 02171

**DEFENDANTS**
M/Y Out of the Blue, O.N. 639738 (f.k.a. Roamin Wrangler), her engines, tackle, machinery, etc., in rem, and Robert E. Chavez, in personam,

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Norfolk
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Norfolk
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Michael J. Rauworth, Esq.,
CETRULO & CAPONE LLP
Two Seaport Lane; Boston, MA 02210
Telephone: (617) 217-5219

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☒ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

N/A; General Maritime Law

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

**DEMAND $** $15,182.94

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE: N/A    DOCKET NUMBER:

DATE: June 16, 2005

SIGNATURE OF ATTORNEY OF RECORD: Michael Rauworth

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __William Shalit v. M/Y Out of the Blue__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

   ☒  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ☐  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   ☐  V.    150, 152, 153.

   *05 11254 WGY*

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   __None__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ☐  NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES ☐  NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ☐  NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ☐  NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES ☒  NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?

      Eastern Division ☒   Central Division ☐   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

      Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES ☐  NO ☒  N/A MJR

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Michael J. Rauworth__ /s/ Michael Rauworth
ADDRESS __CETRULO & CAPONE LLP; Two Seaport Lane, Boston, MA 02210__
TELEPHONE NO. __(617) 217-5219__

(Coversheetlocal.wpd - 10/17/02)