UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SHALIT, D/B/A DOCMENDER<br>Plaintiff<br><br>v.<br><br>M/Y *OUT OF THE BLUE*, O.N. 639738 (f.k.a. *Roamin Wrangler*), her engines, tackle, machinery, appurtenances, apparel, etc., *in rem*, and ROBERT E. CHAVEZ, , *in personam*<br>Defendants | CIVIL ACTION NO.<br>*EX PARTE CONSIDERATION REQUESTED*<br><br>*EXPEDITED HANDLING AND/OR HEARING REQUESTED*<br><br>05-11254 WGY |

**Statement of Special Circumstances:**

This complaint seeks **maritime arrest of a vessel** pursuant to Rule C of the Admiralty Rules Supplemental to the Federal Rules of Civil Procedure. The defendant vessel is capable of being launched and removed from the jurisdiction of this Court. Handling in the ordinary course of the business of the Court could introduce sufficient delay as to allow the defendant vessel to escape the jurisdiction of the Court, potentially depriving the plaintiff of a remedy. For these reasons, plaintiff accompanies this complaint with a motion for holding the case under seal until the arrest is accomplished. Plaintiff requests *Ex Parte Consideration* and *Expedited Handling And/Or Hearing*, and respectfully submits that his request is warranted and ought to be granted.

## MOTION FOR ARREST OF VESSEL
## AND FIXING TERMS OF NOTICE

*Arrest*

Now comes the Plaintiff in the above-captioned action and, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims ("Admiralty Rules"), moves this Court for an order authorizing the Clerk to issue a warrant of arrest of the defendant vessel — the M/Y *Out of the Blue* (Official Number 639738; f.k.a. *Roamin Wrangler*) — which is more fully described in Plaintiff's verified complaint in admiralty. As grounds therefor, Plaintiffs states as follows:

Rule C of the Supplemental Rules of Certain Admiralty and Maritime Claims provides in pertinent part as follows:

(1) *Judicial Authorization and Process.* Except in actions by the United States for forfeitures or federal statutory violations, the verified complaint and any

supporting papers shall be reviewed by the court and, if the conditions for an action in rem appear to exist, an order so stating and authorizing a warrant for the arrest of the vessel or other property that is the subject of the action shall issue and be delivered to the clerk who shall prepare the warrant and deliver it to the marshal for service . . . .

*Rule C, Supplemental Rules for Certain Admiralty and Maritime Claims.*

Together with — and supporting — this motion, the Plaintiff has filed a verified complaint in admiralty. That complaint includes a claim *in rem,* to enforce a maritime lien against the afore-named vessel, its engines, tackle, etc., all of which is more fully described within the verified complaint. The complaint is verified by oath in a verification appearing on its final pages. In addition, the complaint contains an allegation that the defendant vessel is now within this District and the jurisdiction of this Court.

By reason of the foregoing, Plaintiffs respectfully submit that the conditions set forth under Admiralty Rule C for an Order authorizing the Clerk to issue a warrant of arrest of the Defendant vessel have been met, and that Plaintiffs are therefore entitled to the relief prayed for herein. In this regard Plaintiffs have attached hereto for the Court's consideration a draft Order for Arrest and Notice, together with a draft Warrant for the arrest of the vessel.

### *Terms of Notice*

In the event the defendant vessel is not released from arrest within ten days of her arrest, Plaintiffs will be under an obligation to give public notice pursuant to Admiralty Rule C(4).

In order to spare the Court and the parties the need of further attention to this non-controversial matter, Plaintiffs move that the Court now:

    a)    designate, pursuant to Admiralty Rule C(4), *the Boston Globe* as a newspaper of general circulation for purposes of giving the aforesaid Notice, if events should require it;

    b)    order that the aforesaid published Notice, if it becomes necessary, may take the form set forth in Plaintiff's draft Order, attached to this motion as <u>Exhibit 1</u>.

Plaintiffs submit that its draft Order will adequately give effect to the relief Plaintiffs here request.

For the reasons set forth above, Plaintiff respectfully requests that the Court allow his Motion and enter an Order in the form of Exhibit 1.

Dated: June 16, 2005

WILLIAM SHALIT D/B/A DOCMENDER
By his attorneys,

*Michael Rauworth*

Michael J. Rauworth, BBO# 547711
CETRULO & CAPONE LLP
World Trade Center East
Two Seaport Lane — 10th Floor
Boston, Massachusetts 02210
Tel: (617) 217-5500; fax: 617-217-5200