UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SHALIT, d/b/a DOCMENDER<br>    Plaintiff<br><br>v.<br><br>M/Y OUT OF THE BLUE, O.N. 639738 (f.k.a. Roamin Wrangler), her engines, tackle, machinery, appurtenances, apparel, etc., *in rem*, and ROBERT E. CHAVEZ, , *in personam*,<br>    Defendants | CIVIL ACTION NO.<br><br>**05 11254 WGY** |

### ORDER FOR FILING UNDER SEAL

Plaintiff's Motion For Filing Under Seal is hereby GRANTED. The Clerk of Courts is hereby ORDERED to accept paper filings of the Verified Complaint, all supporting documentation, and all motions and documents and to maintain the entire case file UNDER SEAL until such time as the defendant vessel *M/Y Out of the Blue* has been physically arrested within the District of Massachusetts.

At that time that the United States Marshals Service reports to the Clerk that the defendant vessel has been lawfully arrested, the seal is to be lifted and the Clerk may require that the entire case file be entered into the Electronic Case Filing (ECF) System.

So ORDERED.

Dated at Boston this *16* day of June, 2005.

*William G. Young*
United States District Judge

02746-0001
376183v1/RAUW