UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SHALIT, D/B/A DOCMENDER<br>Plaintiff<br>v.<br>M/Y *OUT OF THE BLUE*, O.N. 639738 (f.k.a. *Roamin Wrangler*), her engines, tackle, machinery, appurtenances, apparel, etc., *in rem*, and ROBERT E. CHAVEZ, , *in personam*,<br>Defendants | CIVIL ACTION NO.<br>05 11254 WGY |

### ORDER FOR ARREST AND NOTICE

This matter came for hearing before the court on Plaintiff's motion for arrest of the defendant vessel and for setting terms of notice. The court having considered that motion and plaintiff's verified complaint, and finding that the facts necessary to support an arrest appear to exist, it is hereby ORDERED as follows:

1. The Clerk of this Court shall promptly issue a warrant for arrest directing the United States Marshal ("Marshal") or a Deputy Marshal to arrest the M/Y *Out of the Blue* (Official Number 639738; f.k.a. *Roamin Wrangler*), together with her engines, machinery, tackle, apparel, furniture, equipment, etc. in accordance with Rule C(3) of the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims.

2.. In effecting the arrest, the Marshal or Deputy shall post a copy of this order and the warrant for arrest on the defendant vessel, M/Y *Out of the Blue* (Official Number 639738; f.k.a. *Roamin Wrangler*) and plaintiff's attorneys shall thereafter cause a copy of this order to be served on the person in charge of the vessel, if any, and upon any person believed to claim an ownership interest in the defendant vessel.

3. Following arrest, the defendant vessel may be relocated (in cooperation with the arresting Deputy) in order to give effect to plaintiff's arrangements for substitute custody.

4. If the defendant vessel is not released within ten days after arrest, public notice of this action and arrest shall be given by publication at least once in *The Boston Globe*, a newspaper that the Court hereby designates to be a newspaper of general circulation in the District.

5. The form of the publication giving notice shall be as follows:

Public notice hereby is given that William Shalit, d/b/a DocMender, as plaintiff, has caused an *in rem* action to be filed in the United States District Court for the District of Massachusetts, against the M/Y *Out of the Blue* (Official Number 639738; f.k.a *Roamin Wrangler*) for foreclosure of a maritime lien, that action being known by Civil No. _____, and that, pursuant to order of the Court in that case dated ____, 2005, the the M/Y *Out of the Blue* (Official Number 639738; f.k.a *Roamin Wrangler*), was arrested by the United States Marshal on ____, 2005, and remains in the custody of the United States Marshal or his designee in Boston, Massachusetts.

Any person claiming entitlement to possession of the defendant vessel *Out of the Blue*, or claiming an interest in that vessel, or any of its appurtenances or apparel must (1) file a Claim (pursuant to Rule C(6) of the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims) in the pending lawsuit with the Clerk of the Court and serve such Claim on plaintiff's attorney within ten days from the date of this publication and (2) file an Answer to plaintiff's complaint with the Clerk of the Court and serve such answer on plaintiff's attorneys within 20 days of the date of filing the Claim. Failing either of these, default may be noted, with the effect that such persons may be forever foreclosed of any interest in the Out of the Blue and of any right to share in the proceeds of any sale.

Service of any statement of interests, claim, or answer filed as set forth in this notice is to be made on plaintiff's attorneys by service on Michael Rauworth, CETRULO & CAPONE LLP, World Trade Center East, Two Seaport Lane, Boston, Massachusetts 02210.

6. All expenses of arrest, relocation and safekeeping of the *Out of the Blue*, by whomever paid in the first instance, shall be recoverable out of the proceeds of the vessel with a priority second only to the administrative expenses of the Marshal.

Dated at Boston this 16 day of June, 2005.

*/s/ William G. Young*
United States District Judge

02746-0001
375917v1