UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN REM WARRANT OF ARREST             C.A. No. 05- 11254 WGY

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

To the Marshal of the United States District Court for the District of Massachusetts or one or more of his/her deputies,

GREETINGS:

WHEREAS, a Complaint has been filed in this Court by William Shalit, d/b/a DocMender, Plaintiff, against **M/Y *Out of the Blue*,** Defendant, upon an admiralty and maritime claim praying that process issue for the arrest of the vessel that is subject of this action;

You are therefore commanded to arrest the said **M/Y *Out of the Blue*,** her engines, machinery, equipment, etc., now located in this District, and to detain the same in your custody or in the custody of a Court-approved substitute custodian until further order of the Court respecting same.

Dated at Boston, this _16_ day of June, 2005.

**SARAH A. THORNTON**                    By: _Marie Bell_
Clerk                                                        Deputy Clerk

(seal)

NOTE: The claimant of property seized hereunder shall file his/her claim within 10 days after the Warrant has been executed, and shall serve his/her answer within 20 days after filing of the claim.

376585v1