| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William Shalit | 1-05-cv-11254-WGY |
| DEFENDANT | TYPE OF PROCESS |
| M/Y Out of the Blue, in rem | in rem warrant |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

36 ft. Chris Craft; official no. 639738; Hull ID No. CCE09165M79F-360

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** Thomas Marine, Marina Bay Marina; 333 Victory Boulevard, North Quincy, MA 02170

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael J. Rauworth
Cetrulo & Capone LLP
World Trade Center East - Two Seaport Lane
Boston, MA 02210

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Contact points at Thomas Marine (Substitute Custodian);
Paul Ricketts, 617-288-1000

Signature of Attorney or other Originator requesting service on behalf of: *Michael Rauworth*   [X] PLAINTIFF   [ ] DEFENDANT

TELEPHONE NUMBER: 617-217-5219
DATE: 06/16/2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | Nancy Talavera | 6/16/05 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 6/20/05   Time: 9:00 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 90.00 | 7.30 | — | 97.30 | | | |

REMARKS:
2 Deputies                                     1 hr

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN REM WARRANT OF ARREST          05-11254 WGY

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

To the Marshal of the United States District Court for the District of Massachusetts or one or more of his/her deputies,

GREETINGS:

WHEREAS, a Complaint has been filed in this Court by William Shalit, d/b/a DocMender, Plaintiff, against **M/Y Out of the Blue**, Defendant, upon an admiralty and maritime claim praying that process issue for the arrest of the vessel that is subject of this action;

You are therefore commanded to arrest the said **M/Y Out of the Blue**, her engines, machinery, equipment, etc., now located in this District, and to detain the same in your custody or in the custody of a Court-approved substitute custodian until further order of the Court respecting same.

Dated at Boston, this _16_ day of June, 2005.

**SARAH A. THORNTON**                By: _Marie Bell_
Clerk                                        Deputy Clerk

I hereby certify on 6/16/05 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☐ original filed in my office on 6/16/05
  Sarah A. Thornton
  Clerk, U.S. District Court
  District of Massachusetts
By: _Marie Bell_
Deputy Clerk

(seal)

NOTE: The claimant of property seized hereunder shall file his/her claim within 10 days after the Warrant has been executed, and shall serve his/her answer within 20 days after filing of the claim.

376585v1