UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SHALIT, D/B/A DOCMENDER<br>Plaintiff<br>v.<br>M/Y OUT OF THE BLUE, O.N. 639738 (f.k.a. Roamin Wrangler), her engines, tackle, machinery, appurtenances, apparel, etc., *in rem*, and ROBERT E. CHAVEZ, , *in personam*,<br>Defendants | CIVIL ACTION NO.<br><br>05-11254-WGY |

## MOTION TO LIFT SEAL

Pursuant to L.R. 7.2, Plaintiff William Shalit hereby moves that Court lift the seal pertaining to this case since its filing on June 16, 2005. As grounds therefor, Mr. Shalit reports that the United States Marshals Service has today accomplished the arrest of the defendant vessel. This means that the reasons for seeking a seal have been satisfied, and that there is no further need for this case to be handled on a non-public basis.

WHEREFORE, Plaintiff William Shalit respectfully requests that the Court lift and dissolve the seal imposed upon this case at his request, and order that this case shall hereafter be subject to ordinary filing, docketing, and public-access procedures.

**CERTIFICATE OF SERVICE:** By my signature below, I hereby certify that on the date set forth below, I have electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the attorneys designated below as ECF recipients, and I hereby certify that on the same date, I have mailed, via United States Postal Service, the document(s) to the non-registered participants reflected below as being provided copies by mail.

Dated: June 20, 2005

*served upon:*
Dr. Robert E. Chavez .   *(By First Class Mail)*
188 Ames Street
Sharon, MA  02067

WILLIAM SHALIT D/B/A DOCMENDER
By his attorneys,

*/s/ Michael Rauworth*
Michael J. Rauworth,  BBO# 547711
CETRULO & CAPONE LLP
World Trade Center East
Two Seaport Lane — 10th Floor
Boston, Massachusetts 02210
Tel: (617) 217-5500; fax: 617-217-5200