# UNITED STATES DISTRICT COURT

District of Massachusetts

William Shalit, D/B/A DocMender

V.

M/Y Out of the Blue, O.N. 639738 (f.k.a. Roamin Wrangler), her engines, tackle, machinery, etc., in rem, and Robert E. Chavez, in personam,

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 11254 WGY

TO: (Name and address of Defendant)

Robert E. Chavez
188 Ames Street
Sharon, Massachusetts  02067

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Rauworth
CETRULO & CAPONE LLP
Two Seaport Lane, 10th Floor
Boston, Massachusetts  02210

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE: JUN 16 2005

◆AO

Serv

NAME

C/

**Norfolk County Sheriff's Department**   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

June 23, 2005

I hereby certify and return that on 6/22/2005 at 2:07PM I served a true and attested copy of the summons and verified complaint with attached motions in this action in the following manner: To wit, by delivering in hand to Mrs. Chavez, , person in charge at the time of service for Robert E Chavez, at 188 Ames Street, Sharon, MA 02067.Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($12.16) Total Charges $52.66

Deputy Sheriff Frederick J. Laracy

_____
Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|   |   |   |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                      Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.