UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SHALIT, d/b/a DOCMENDER,<br><br>                 Plaintiff,<br><br>     v.<br><br>M/Y OUT OF THE BLUE, O.N. 639738 (f.k.a. *Roamin Wrangler*), her engines, tackle, machinery, appurtenances, apparel, etc., *in rem*, and ROBERT E. CHAVEZ, *in personam*,<br><br>                 Defendants. | CIVIL ACTION<br><br>NO. 05-11254-WGY |

**VERIFIED STATEMENT OF RIGHT OR INTEREST**

Pursuant to Rule C(6)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Out of the Blue Yacht, LLC hereby states that it is the owner of the vessel M/Y OUT OF THE BLUE and hereby asserts its right to defend said vessel in this action.

VERIFICATION

I, Robert E. Chavez, Manager of Out of the Blue Yacht, LLC. I hereby state under the penalties of perjury that I have reviewed the foregoing Verified Statement of Right or Interest, that the facts stated therein are true, and that I am authorized to execute this Verified Statement of Right or Interest on behalf of Out of the Blue Yacht, LLC.

                                            OUT OF THE BLUE YACHT, LLC

                                            By:  Robert E. Chavez
                                            Its:  Manager

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a true and accurate copy of the above document was served upon all counsel of record by first class mail, postage prepaid, on July 1, 2005.

_____
Karen W. Salon