UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SHALIT, d/b/a DOCMENDER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>M/Y OUT OF THE BLUE, O.N. 639738 )<br>(f.k.a. *Roamin Wrangler*), her engines, )<br>tackle, machinery, appurtenances, apparel, )<br>etc., *in rem*, and ROBERT E. CHAVEZ, )<br>*in personam*, )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br><br>NO. 05-11254-WGY |

## VERIFIED STATEMENT OF RIGHT OR INTEREST

Pursuant to Rule C(6)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Out of the Blue Yacht, LLC hereby states that it is the owner of the vessel M/Y OUT OF THE BLUE and hereby asserts its right to defend said vessel in this action.

## VERIFICATION

I, Robert E. Chavez, Manager of Out of the Blue Yacht, LLC. I hereby state under the penalties of perjury that I have reviewed the foregoing Verified Statement of Right or Interest, that the facts stated therein are true, and that I am authorized to execute this Verified Statement of Right or Interest on behalf of Out of the Blue Yacht, LLC.

OUT OF THE BLUE YACHT, LLC

By: Robert E. Chavez
Its: Manager

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon all counsel of record by first class mail, postage prepaid, on July 1, 2005.

_____
Karen W. Salon