UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SHALIT, d/b/a DOCMENDER<br>Plaintiff<br>v.<br>M/Y OUT OF THE BLUE, O.N. 639738 (f.k.a. *Roamin Wrangler*), her engines, tackle, machinery, appurtenances, apparel, etc., *in rem*, and ROBERT E. CHAVEZ, *in personam*,<br>Defendants | CIVIL ACTION NO. 1-05-cv-11254-WGY |

**STIPULATION AND JOINT MOTION FOR DEPOSIT OF FUNDS
IN COURT AND FOR RELEASE OF VESSEL**

Pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims ("Admiralty Rules"), Plaintiff William Shalit ("Shalit"), defendant Robert E. Chavez and claimant/defendant Out of the Blue Yacht, LLC (collectively, the "Parties") hereby STIPULATE that the sum of $20,500.00 may be received by the Financial Office and officers of the Court and deposited in the registry of the Court, in an interest-bearing account, to stand as special security for plaintiff's claim and to answer the judgment of this Court or any appellate court in this matter, all pursuant to Rule E(5)(a) of the Admiralty Rules. The Parties agree that this deposit is intended to stand in the stead of the physical custody of the defendant vessel *M/Y Out of the Blue*, O.N. 639738 (f.k.a. *Roamin Wrangler*, her engines, tackle, machinery, appurtenances, apparel, etc. (the "Vessel").

The Parties further jointly move for an order (in the form attached as <u>Exhibit 1</u>):

a. authorizing the Clerk to accept funds paid into the Registry of the Court as stipulated above;

b. substituting funds so paid as security for the Plaintiffs's claims alone, in lieu of his security in the Vessel herself; and

c. upon confirmation of funds received into the registry of Court, authorizing the United States Marshal to release the Vessel from arrest into the custody of Robert E. Chavez and authorizing the Substitute Custodian thereupon to

release the defendant Vessel accordingly.

WHEREFORE, the parties jointly move that the Court enter an order in the form of Exhibit 1.

| | |
|---|---|
| **ROBERT E. CHAVEZ** and<br>**OUT OF THE BLUE YACHT, LLC**<br>By their attorneys, | **WILLIAM SHALIT d/b/a DOCMENDER**<br>By his attorneys, |
| _____/s/ Karen W. Salon_____<br>Stephen M. Salon, BBO #439280<br>Karen W. Salon, BBO #600344<br>**SALON & ASSOCIATES, LLC**<br>Old City Hall<br>45 School Street<br>Boston, MA 02108<br>(617) 742-7446 | _____/s/ Michael J. Rauworth_____<br>Michael J. Rauworth, BBO# 547711<br>**CETRULO & CAPONE LLP**<br>World Trade Center East<br>Two Seaport Lane — 10th Floor<br>Boston, Massachusetts 02210<br>Tel: (617) 217-5500; fax: 617-217-5200<br><br>Dated: August 17, 2005 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SHALIT, d/b/a DOCMENDER<br>Plaintiff<br>v.<br>M/Y OUT OF THE BLUE, O.N. 639738 (f.k.a. Roamin Wrangler), her engines, tackle, machinery, appurtenances, apparel, etc., in rem, and ROBERT E. CHAVEZ, in personam,<br>Defendants | CIVIL ACTION NO. 1-05-cv-11254-WGY |

**ORDER FOR ACCEPTANCE OF FUNDS AND
PROVIDING FOR RELEASE OF VESSEL BY AGREEMENT**

This matter came before the Court on the joint motion of the William Shalit ("Plaintiff"), defendant Robert E. Chavez and claimant/defendant Out of the Blue Yacht, LLC (collectively, the "Parties"), who are the parties in interest as to the arrest of the defendant vessel as security for Plaintiff's claim.

The Court observes that the Parties have stipulated to the sum of $20,500.00 as substitute security for Plaintiff's claims, to stand in the stead of the physical custody of the vessel herself, as special security for the claims of the Plaintiff alone, and no other. The Court approves this stipulation, followed by deposit in the same amount, as substitute security for the vessel.

Accordingly, it is now hereby ORDERED as follows:

1. The Clerk of the Court, through the Financial Office and officers, is hereby authorized to receive and directed to accept funds in the amount specified above. The Clerk is further authorized and directed to deposit the said funds in an **interest-bearing account,** pursuant to the Court Registry Investment System. The said funds, with accrued interest, shall be kept on deposit with the Registry until further order of the Court. The Clerk shall issue a receipt for said funds to the person depositing the same, and shall also

furnish a copy of the receipt to the Plaintiff's counsel on request.

      2.    Funds so received shall stand as special security for the claims of the plaintiff alone, and shall fully substitute for the defendant vessel as a form of security for Plaintiff's claims, to answer the judgment of this Court or any appellate court in this matter, with any and all liens, rights, or claims of the Plaintiff to exist with respect to the substitute security with the same force and effect that they would have had as to the Vessel, in the event that the Vessel had not been released.

      3.    The release of the Vessel or any substitution of security is to be without prejudice to any of the parties on the merits of the underlying dispute.

      4.    As soon as the Clerk confirms to the Marshals Service that the stipulated funds have been received, the check (if any) has cleared, then the Marshals Service, through its customary procedures, shall release the defendant vessel *Out of the Blue* from arrest, but only into the custody of Dr. Robert E. Chavez, properly identified, and to no other person. The vessel need not be made available outside of ordinary business hours, and is to be made available to Dr. Chavez, "as is, where is," but in such an orientation that it can be picked up and removed by a standard hydraulic boat trailer.

      5.    Upon execution by Dr. Chavez of the Marshals Service receipt for the vessel, the arrest of the vessel shall stand DISSOLVED. Dr. Chavez and the substitute custodian will stand at liberty to come to a mutual agreement regarding launching the vessel, or other services, but need not do so. Any such arrangements are to have no further bearing on the interests of the Plaintiff or the Marshals Service or this Court.

Dated at Boston this _____day of August 2005:

                                    _____
                                    United States District Judge