**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William Shaiit | 1-05-CV-11254-WG |
| DEFENDANT | TYPE OF PROCESS |
| M/Y Out of the Blue, in rem | Warrant to Delive |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CC
Thomas Marine, Inc
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
R24 Ericsson St., Boston, MA 02122

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Karen Salon
Salon & Associates, LLC
Old City Hall
45 School St. Boston, MA 02108

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available for Service*):

Contact at Thomas Marine- Paul Ricketts (617) 288-1000

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☒ DEFENDANT
TELEPHONE NUMBER: 617-742-7446
DATE: 8/25/5

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 9/05 |
|---|---|---|---|---|---|
| | 1 | | | Nancy Talavera | |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process...
☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)
☐ A person of suitable age and disc then residing in defendant's usual of abode

Address (*complete only different than shown above*) | Date | Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: Vessel released By Court Order 8/25/05 w/
Warrant to Deliver

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY USED
USM-285
12/15/80
ated 01/00



## U. S. Department of Justice

United States Marshals Service

*District of Massachusetts*

---

*John J. Moakley U.S. Courthouse*
*1 Courthouse Way, Suite # 1-500*
*Boston, Massachusetts 02210*
*(617) 748-2500*

*August 29, 2005 (12:59pm)*

I, WILLIAM T. FALLON, Acting United States Marshal for the District of Massachusetts, hereby certify and return that on this date I have delivered <u>M/Y OUT OF THE BLUE</u> to <u>ROBERT E. CHAVEZ.</u>

WILLIAM T. FALLON
ACTING UNITED STATES MARSHAL

BY: _____
Deputy U.S. Marshal

I, Karen W. Salon, hereby certify that on this date I received from WILLIAM T. FALLON, Acting United States Marshal for the District of Massachusetts, document for the release of <u>M/Y OUT OF THE BLUE</u>.



U. S. Department of Justice

United States Marshals Service

*District of Massachusetts*

---

*John J. Moakley U.S. Courthouse*
*1 Courthouse Way, Suite # 1-500*
*Boston, Massachusetts 02210*
*(617) 748-2500*

*August 29, 2005 (12:56pm)*

WILLIAM SHALIT, D/B/A DOCMENDER          CV-05-11254-WGY

    VS.

M/Y OUT OF THE BLUE (O.N.639738), (f.k.a. Roamin Wrangler)
her engines, tackle, machinery, appurtenances, apparel etc., in rem,
and ROBERT E. CHAVEZ, in personam,

Claimant: ROBERT E. CHAVEZ,

To: Thomas Marine, Inc., Keepers and Custodians in charge of the: M/Y OUT
THE BLUE, herein seized.

You will release from seizure and deliver to the Claimant the
M/Y OUT OF THE BLUE, herein seized.

William T. Fallon
Acting United States Mars
District of Massachusetts

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION

NO. 1-05-CV-11254-W6

## WARRANT TO DELIVER

To the Marshal of our District of Massachusetts or either of his Deputies:

WHEREAS a _Complaint_ was filed in this Court against the _Vessel M/Y Out of the Blue_

and WHEREAS the United States Marshal seized said vessel on process issued of this Court on _6/16/05_; and

WHEREAS _an order dated August 17, 2005 (#19.J) the vessel shall be released to Dr. Robert E. Chavez._

IT IS HEREBY ORDERED that said _vessel_ be returned to the party from whom taken.

Dated at _Boston_ ~~8/25/05~~, Massachusetts, this 25 day of _August, 2005_

SARAH A. THORNTON
CLERK OF COURT

By: _Calitto Smitt_
Deputy Clerk

SEAL

(Warrant to Deliver.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SHALIT, D/B/A DOCMENDER<br>Plaintiff<br>v.<br>M/Y *OUT OF THE BLUE*, O.N. 639738 (f.k.a. *Roamin Wrangler*), her engines, tackle, machinery, appurtenances, apparel, etc., *in rem*, and ROBERT E. CHAVEZ, *in personam*,<br>Defendants | CIVIL ACTION NO. 1-05-cv-11254-WGY |

### ORDER FOR ACCEPTANCE OF FUNDS AND
### PROVIDING FOR RELEASE OF VESSEL BY AGREEMENT

This matter came before the Court on the joint motion of the William Shalit ("Plaintiff"), defendant Robert E. Chavez and claimant/defendant Out of the Blue Yacht, LLC (collectively, the "Parties"), who are the parties in interest as to the arrest of the defendant vessel as security for Plaintiff's claim.

The Court observes that the Parties have stipulated to the sum of **$20,500.00** as substitute security for Plaintiff's claims, to stand in the stead of the physical custody of the vessel herself, as special security for the claims of the Plaintiff alone, and no other. The Court approves this stipulation, followed by deposit in the same amount, as substitute security for the vessel.

Accordingly, it is now hereby ORDERED as follows:

1. The Clerk of the Court, through the Financial Office and officers, is hereby authorized to receive and directed to accept funds in the amount specified above. The Clerk is further authorized and directed to deposit the said funds in an **interest-bearing account**, pursuant to the Court Registry Investment System. The said funds, with accrued interest, shall be kept on deposit with the Registry until further order of the Court. The Clerk shall issue a receipt for said funds to the person depositing the same, and shall also

furnish a copy of the receipt to the Plaintiff's counsel on request.

2. Funds so received shall stand as special security for the claims of the plaintiff alone, and shall fully substitute for the defendant vessel as a form of security for Plaintiff's claims, to answer the judgment of this Court or any appellate court in this matter, with any and all liens, rights, or claims of the Plaintiff to exist with respect to the substitute security with the same force and effect that they would have had as to the Vessel, in the event that the Vessel had not been released.

3. The release of the Vessel or any substitution of security is to be without prejudice to any of the parties on the merits of the underlying dispute.

4. As soon as the Clerk confirms to the Marshals Service that the stipulated funds have been received, the check (if any) has cleared, then the Marshals Service, through its customary procedures, shall release the defendant vessel *Out of the Blue* from arrest, but only into the custody of Dr. Robert E. Chavez, properly identified, and to no other person. The vessel need not be made available outside of ordinary business hours, and is to be made available to Dr. Chavez, "as is, where is," but in such an orientation that it can be picked up and removed by a standard hydraulic boat trailer.

5. Upon execution by Dr. Chavez of the Marshals Service receipt for the vessel, the arrest of the vessel shall stand DISSOLVED. Dr. Chavez and the substitute custodian will stand at liberty to come to a mutual agreement regarding launching the vessel, or other services, but need not do so. Any such arrangements are to have no further bearing on the interests of the Plaintiff or the Marshals Service or this Court.

Dated at Boston this 17TH day of August 2005:

William G. Young
United States District Judge

2