# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SHALIT, d/b/a DOCMENDER<br>Plaintiff<br>v.<br>M/Y OUT OF THE BLUE, O.N. 639738 (f.k.a. *Roamin Wrangler*), her engines, tackle, machinery, appurtenances, apparel, etc., *in rem*, and ROBERT E. CHAVEZ, , *in personam*,<br>Defendants | CIVIL ACTION NO. 1-05-cv-11254-WGY |

### JOINT STATEMENT OF THE PARTIES
### IN CONNECTION WITH INITIAL SCHEDULING CONFERENCE

In anticipation of the Initial Scheduling Conference set for December 19, 2005, and pursuant to Fed. R. Civ. P. 16(b), L.R. 16.1, and the Court's scheduling order, the parties submit this Joint Statement regarding discovery and other pre-trial matters.

### I. CERTIFICATES OF COMPLIANCE

The parties are independently filing their Certificates of Compliance of conference between parties and their counsel pursuant to Local Rule 16.1(D)(3).

### II. PROPOSED PLAN FOR DISCOVERY AND MOTION PRACTICE

Pursuant to Fed. R. Civ. P. 16(b), the parties propose the following discovery plan:

A. The parties will serve all written discovery requests by January 31, 2006;

B. Pursuant to Fed. R. Civ. P. 12-15, the parties will file all motions, amendments and supplements to the pleadings, including all motions to add additional parties, by March 15, 2006;

C. The parties will complete all factual depositions by May 1, 2006;

D. The Plaintiff will designate his trial experts and disclose the information set forth in Fed. R. Civ. P. 26(a)(2) by June 1, 2006 and the Defendant will do so by July 1, 2006;

  E. The parties will complete all non-expert and expert discovery, including expert depositions, by September 1, 2006;

  F. The parties will file all dispositive motions, including all motions for summary judgment, by October 1, 2006;

  G. The parties will thereafter attend a final pretrial conference to be scheduled by the court.

**III.** **CONSIDERATION OF TRIAL BY MAGISTRATE JUDGE AND ADR**

The parties both consent to trial by magistrate judge, and are amenable to participating in mediation.

| | |
|---|---|
| **ROBERT E. CHAVEZ** and<br>**OUT OF THE BLUE YACHT, LLC**<br>By their attorneys, | **WILLIAM SHALIT d/b/a DOCMENDER**<br>By his attorneys, |
|  /s/ Karen W. Salon    |  /s/ Michael Rauworth    |
| Stephen M. Salon, BBO #439280<br>Karen W. Salon, BBO #600344<br>**SALON & ASSOCIATES, LLC**<br>Old City Hall<br>45 School Street<br>Boston, MA 02108<br>(617) 742-7446 | Michael J. Rauworth, BBO# 547711<br>**CETRULO & CAPONE LLP**<br>World Trade Center East<br>Two Seaport Lane — 10th Floor<br>Boston, Massachusetts 02210<br>Tel: (617) 217-5500; fax: 617-217-5200<br><br>Dated: December 14, 2005 |