# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SHALIT, d/b/a DOCMENDER<br>Plaintiff<br><br>v.<br><br>M/Y OUT OF THE BLUE, O.N. 639738 (f.k.a. *Roamin Wrangler*), her engines, tackle, machinery, appurtenances, apparel, etc., *in rem*, and ROBERT E. CHAVEZ, , *in personam*,<br>Defendants | CIVIL ACTION NO. 1-05-cv-11254-WGY |

## PLAINTIFF'S CERTIFICATIONS

The undersigned hereby certify pursuant to Local Rule 16.1(D)(3) that they have conferred:

a)   with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — of the litigation; and

b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**CERTIFICATE OF SERVICE:** By my signature below, I hereby certify that on the date set forth below, I have electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the attorneys designated below as ECF recipients, and I hereby certify that on the same date, I have mailed, via United States Postal Service, the document(s) to the non-registered participants reflected below as being provided copies by mail.

Dated: December 15, 2005

| | | |
|---|---|---|
| *served upon:*<br>Karen W. Salon, Esq.<br>**SALON & ASSOCIATES, LLC**<br>Old City Hall<br>45 School Street<br>Boston, MA 02108<br>(617) 742-7446 | *(By ECF Filing)* | /s/ William Shalit<br>William Shalit, d/b/a Dockmender<br><br>/s/ Michael Rauworth<br>Michael J. Rauworth,  BBO# 547711<br>**CETRULO & CAPONE LLP**<br>World Trade Center East<br>Two Seaport Lane — 10th Floor<br>Boston, Massachusetts 02210<br>Tel: (617) 217-5500; fax: 617-217-5200 |