UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM SHALIT, d/b/a DOCMENDER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>M/Y OUT OF THE BLUE, O.N. 639738 )<br>(f.k.a. *Roamin Wrangler*), her engines, )<br>tackle, machinery, appurtenances, apparel, )<br>etc., *in rem*, and ROBERT E. CHAVEZ, )<br>*in personam*, )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br><br>NO. 05-11254-WGY |

### DEFENDANT ROBERT E. CHAVEZ'S
### LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), *in personam* defendant Robert E. Chavez hereby certifies that he has conferred with counsel with respect to the above matter:

1. With a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____
ROBERT E. CHAVEZ

By his attorney,

_____
Karen W. Salon, BBO #600344
SALON & ASSOCIATES, LLC
45 School Street
Boston, MA 02108
(617) 742-7446

Dated: December 14, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SHALIT, d/b/a DOCMENDER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> M/Y OUT OF THE BLUE, O.N. 639738 ) <br> (f.k.a. *Roamin Wrangler*), her engines, ) <br> tackle, machinery, appurtenances, apparel, ) <br> etc., *in rem*, and ROBERT E. CHAVEZ, ) <br> *in personam*, ) <br> ) <br> Defendants. ) | CIVIL ACTION <br><br> NO. 05-11254-WGY |

## OUT OF THE BLUE YACHT, LLC'S
## LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), Out of the Blue Yacht, LLC hereby certifies that it has conferred with counsel with respect to the above matter:

1. With a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs.

OUT OF THE BLUE YACHT, LLC

_____
By: Robert E. Chavez
Its: Manager

By its attorney,

_____
Stephen M. Salon, BBO #439280
Karen W. Salon, BBO #600344
SALON & ASSOCIATES, LLC
45 School Street
Boston, MA 02108
(617) 742-7446

Dated: December 14, 2005

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

'05 DEC 15 P 2: 15

|  |  |  |
|---|---|---|
| WILLIAM SHALIT, d/b/a DOCMENDER, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | CIVIL ACTION |
| v. ) | | |
| ) | | NO. 05-11254-WGY |
| M/Y OUT OF THE BLUE, O.N. 639738 ) | | |
| (f.k.a. *Roamin Wrangler*), her engines, ) | | |
| tackle, machinery, appurtenances, apparel, ) | | |
| etc., *in rem*, and ROBERT E. CHAVEZ, ) | | |
| *in personam*, ) | | |
| ) | | |
| Defendants. ) | | |

### CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2005, a true and accurate copy of the following documents were served upon all counsel of record by hand delivery:

1. Defendant Robert E. Chavez's Local Rule 16.1 Certification; and

2. Out of the Blue Yacht, LLC's Local Rule 16.1 Certification.

OUT OF THE BLUE YACHT, LLC
and ROBERT E. CHAVEZ,
By their attorneys,

/s/ Ka S.

Stephen M. Salon, BBO #439280
Karen W. Salon, BBO #600344
SALON & ASSOCIATES, LLC
45 School Street
Boston, MA 02108
(617) 742-7446

Dated: December 15, 2005