# United States District Court
# District of Massachusetts

**WILLIAM SHALIT,**
        **Plaintiff,**

        **V.**                       **CIVIL ACTION NO. 2005-11254-RBC**

**M/Y OUT OF THE BLUE, ETC.,**
**ROBERT E. CHAVEZ**
        **Defendants.**

## ORDER OF REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

**COLLINGS, U.S.M.J.**

    **After consideration of the various alternative dispute resolution programs (ADR) available and at the request of counsel, I find this case appropriate for ADR and accordingly, refer this case to the Court's ADR Program for the following ADR:**

\_\_\_\_EARLY  NEUTRAL EVALUATION    \_X\_ MEDIATION
\_\_\_\_MINI-TRIAL                                 \_\_\_\_SUMMARY JURY TRIAL
\_\_\_\_SETTLEMENT CONFERENCE        \_\_\_\_SPECIAL MASTER
\_\_\_\_PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

    Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.  If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be

advised of the conflict immediately.

    THE PARTIES REQUEST THAT THE MEDIATION SESSION NOT BE SCHEDULED BEFORE MARCH 1ST BUT THAT IT BE SCHEDULED AS SOON AFTER MARCH 1ST AS POSSIBLE.

                                                /s/ *Robert B. Collings*
                                                **ROBERT B. COLLINGS**
                                                **United States Magistrate Judge**

**Date: January 3, 2006.**

CASE CATEGORY

| | | | |
|---|---|---|---|
| Antitrust | _____ | Bankruptcy | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | Social Security | _____ |
| Other | X  (Admiralty) | | |