UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__WILLIAM SHALIT_____
                **Plaintiff**                                  CIVIL  CASE NO.   __05-11254-RBC__
V.


__M/Y OUT OF THE BLUE, ROBERT CHAVEZ__
_and OUT OF THE BLUE YATCH, LLC_____
                **Defendants**

## NOTICE AND ORDER

__Bowler, U.S.M.J.__

PLEASE TAKE NOTICE that the above-entitled case has been set for _____

_____a mediation hearing_____on

__Monday, March 20, 2006_____  at  ____10:OO_____A.M. before Magistrate

Judge _____Marianne B. Bowler_____ in Courtroom # __25__.

All parties with binding authority are required to attend, leave of Court is required for any exceptions.  All confidential mediation briefs are required to be submitted to the court 48 hours prior to the hearing.

                                                                SARAH A. THORNTON,
                                                                CLERK OF COURT

_____1/22/2006_____                            By: __/s/ Marc K. Duffy_____
              Date                                                                    Deputy Clerk

(Shalit ADR notice.wpd - 3/7/2005)