**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_William Shalit, d/b/a DocMender_
           Plaintiff

        V.

CIVIL ACTION
NO. _____05-11254-RBC_____

_M/Y Out of the Blue, Robert Chavez and_
_Out of the Blue Yatch, LLC_
           Defendants

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _____Collings_____

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On ___3/20/2006___ I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
    ___X___ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____].
    The parties were present in person, or by an authorized officer. [except _____].
    The case was:

[X]    Settled. Your clerk should enter a __60__ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

        03/20/2006                                Marianne B. Bowler, USMJ
            DATE                                          ADR Provider

(ADR Report (Shalit).wpd - 4/12/2000)                  [adrrpt.]