# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

WILLIAM SHALIT
    Plaintiff,

v.

M/Y OUT OF THE BLUE,
et al,
    Defendants.

CIVIL ACTION NO:
05-11254-RBC

## *ORDER RE: SETTLEMENT*

COLLINGS, U.S.M.J.

    After Mediation, counsel have advised that the above-styled case has settled.

    Accordingly, counsel are directed to file the papers necessary to remove this case from the Court's docket **on or before the close of business on Monday, May 22, 2006.**

                                           */s/ Robert B. Collings*
                                           ROBERT B. COLLINGS
                                           United States Magistrate Judge

March 20, 2006