UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SHALIT, D/B/A DOCMENDER<br>Plaintiff<br>v.<br>*M/Y OUT OF THE BLUE*, O.N. 639738 (f.k.a. *Roamin Wrangler*), her engines, tackle, machinery, appurtenances, apparel, etc., *in rem*, and ROBERT E. CHAVEZ, , *in personam*,<br>Defendants | CIVIL ACTION NO. 1-05-cv-11254-WGY |

JOINT MOTION FOR DISBURSEMENT OF FUNDS
HELD IN THE REGISTRY OF THE COURT

All of the parties in interest in this case, namely the plaintiff, the Claimant, and Dr. Robert E. Chavez (the *in personam* defendant), jointly hereby move that the Court make an agreed-upon disbursement of the funds held by the Court in this matter.

Through mediation, the parties have agreed upon a payment to the plaintiff in the total sum of $13,000, as reflected in a written settlement agreed upon and signed at the close of mediation before Magistrate Judge Bowler on March 20, 2006.  The parties have agreed that the remaining funds deposited, together with interest accrued in the interim, are to be returned to the Claimant, who posted them in exchange for the release of the vessel.

Accordingly, the parties jointly move for an order providing for the disbursement agreed by the parties at mediation, and affording the Financial Office with sufficient warrant to issue checks accordingly, all in the form attached as Exhibit 1..  The parties represent that Exhibit 1 has been provided to the Court's Financial Office for review as to the

requirements of that office, which has advised that, upon execution by a judicial officer,

<u>Exhibit 1</u> will support the issuance of checks as specified therein.

| | |
|---|---|
| **ROBERT E. CHAVEZ** and<br>**OUT OF THE BLUE YACHT, LLC**<br>By their attorneys,<br><br>    /s/ Karen W. Salon<br>Stephen M. Salon, BBO #439280<br>Karen W. Salon, BBO #600344<br>**SALON & ASSOCIATES, LLC**<br>Old City Hall<br>45 School Street<br>Boston, MA 02108<br>(617) 742-7446 | **WILLIAM SHALIT D/B/A DOCMENDER**<br>By his attorneys,<br><br>    /s/ Michael Rauworth<br>Michael J. Rauworth, BBO# 547711<br>**CETRULO & CAPONE LLP**<br>World Trade Center East<br>Two Seaport Lane — 10th Floor<br>Boston, Massachusetts 02210<br>Tel: (617) 217-5500; fax: 617-217-5200<br><br>Dated: March 20, 2006 |

02746-0001
408702v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SHALIT, D/B/A DOCMENDER<br>Plaintiff<br>v.<br>*M/Y OUT OF THE BLUE*, O.N. 639738 (f.k.a. *Roamin Wrangler*), her engines, tackle, machinery, appurtenances, apparel, etc., *in rem*, and ROBERT E. CHAVEZ, , *in personam*,<br>Defendants | CIVIL ACTION NO. 1-05-cv-11254-WGY |

**AGREED-UPON ORDER FOR DISBURSEMENT OF FUNDS
HELD IN THE REGISTRY OF THE COURT**

This matter came before the Court on the joint motion of the plaintiff, the Claimant, and the *in personam* defendant, who, collectively, constitute all of the parties in interest, and who have settled the case with an agreed disbursement of the funds held by the Court.

Accordingly, it is now hereby ORDERED as follows:

1. The Clerk of the Court, through the Financial Office and officers, is hereby authorized and directed to disburse the sum of $13,000 to the plaintiff in the form of a check payable to Cetrulo & Capone, as Attorneys for William Shalit; *and*

2. The Clerk of the Court, through the Financial Office and officers is — after the deduction of the aforesaid $13,000 — hereby authorized and directed to disburse the balance of the principal sum ($20,500) originally deposited with the Court (pursuant to an earlier order), together with all of the rest, residue, and remainder of amount originally deposited (inclusive of all accrued interest), to the claimant, in the form of a check payable to Salon & Associates, as Attorneys for Out of the Blue Yacht LLC.

Dated at Boston this _____day of March, 2006:

_____
United States Magistrate Judge

**Exhibit 1**