# United States District Court
# District of Massachusetts

WILLIAM SHALIT, D/B/A
    DocMender,
        Plaintiff,

        V.                        CIVIL ACTION NO: 05-11254-WGY

*M/Y OUT OF THE BLUE,* O.N.
    639738 (f/k/a. *Roamin Wrangler*),
    her engines, tackle, machinery,
    appurtenances, apparel, etc., *in rem,*
ROBERT E. CHAVEZ., *in personam,*
    Defendants.

## *AGREED-UPON ORDER FOR DISBURSEMENT OF FUNDS HELD IN THE REGISTRY OF THE COURT*

COLLINGS, U.S.M.J.

    This matter came before the Court on the joint motion of the plaintiff, the Claimant, and the *in personam* defendant, who, collectively, constitute all of the parties in interest, and who have settled the case with an agreed disbursement of the funds held by the Court.

    Accordingly, it is now hereby ORDERED as follows:

1. The Clerk of the Court, through the Financial Office and officers, is hereby authorized and directed to disburse the sum of $13,000 to the plaintiff in the form of a check payable to Cetrulo & Capone, as Attorneys for William Shalit; and

2. The Clerk of the Court, through the Financial Office and officers is - after the deduction of the aforesaid $13,000 - hereby authorized and directed to disburse the balance of the principal sum ($20,500) originally deposited with the Court (pursuant to an earlier order), together with all of the rest, residue, and remainder of amount originally deposited (inclusive of all accrued interest), to the claimant, in the form of a check payable to Salon & Associates, as Attorneys for Out of the Blue Yacht LLC.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

March 21, 2006.