**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| WILLIAM SHALIT, D/B/A DOCMENDER<br>Plaintiff<br>v.<br>M/Y OUT OF THE BLUE, O.N. 639738 (f.k.a. *Roamin Wrangler*), her engines, tackle, machinery, appurtenances, apparel, etc., *in rem*, and ROBERT E. CHAVEZ, , *in personam*,<br>Defendants | CIVIL ACTION NO. 1-05-cv-11254-WGY |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, the undersigned parties, constituting collectively 100% of the entities made party to this action, hereby stipulate that all claims between and among them may and ought to be dismissed with prejudice, each party waiving any right of appeal and each party to bear its own costs. WHEREFORE the parties respectfully call upon the Court to dismiss the instant case in its entirety.

| | |
|---|---|
| **ROBERT E. CHAVEZ** and<br>**OUT OF THE BLUE YACHT, LLC**<br>By their attorneys,<br><br>　　/s/ Karen W. Salon<br>Stephen M. Salon, BBO #439280<br>Karen W. Salon, BBO #600344<br>**SASSOON & CYMROT LLP**<br>84 State Street<br>Boston, Massachusetts 02109<br>617-720-0099 | **WILLIAM SHALIT D/B/A DOCMENDER**<br>By his attorneys,<br><br>　　/s/ Michael Rauworth<br>Michael J. Rauworth, BBO# 547711<br>**CETRULO & CAPONE LLP**<br>World Trade Center East<br>Two Seaport Lane — 10th Floor<br>Boston, Massachusetts 02210<br>Tel: (617) 217-5500; fax: 617-217-5200<br>**Dated: August 31, 2006** |